# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:04CV510
## (3:97CR22)

| | |
|---|---|
| ALONZO MACKINS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the parties' responses to the March 3, 2006, Order requesting additional briefing.

This matter has now been taken under advisement. As a result, the Court will order the Petitioner returned to the custody of the Bureau of Prisons in order to avoid the additional expense of local detention.

**IT IS, THEREFORE, ORDERED** that the United States Marshal may return the Petitioner to the federal correctional facility at which his is serving the sentenced imposed herein.

Signed: April 7, 2006

Lacy H. Thornburg
United States District Judge